**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARA MEADOWS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-761-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **THE COMMISSIONER'S MOTION TO REMAND (Doc. No. 18)** |
| **FILED:** | **December 10, 2012** |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot. | |
| **MOTION:** | **PLAINTIFF'S UNOPPOSED MOTION TO REMAND (Doc. No. 19)** |
| **FILED:** | **December 11, 2012** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. The Motion is unopposed. | |

This cause comes before the Court upon Plaintiff's unopposed motion to remand this case to the Commissioner for further administrative action pursuant to Sentence 4 of 42 U.S.C. § 405(g) and 1383(c)(3). Upon consideration of the Motion, and the grounds urged in support thereof, it is

**respectfully RECOMMENDED** that the decision of the Commissioner be reversed under sentence four of 42 U.S.C. § 405(g) and this case be remanded to the Commissioner of Social Security:

> To further evaluate Plaintiff's residual functional capacity during the proper period at issue and, in doing so, evaluate and weigh medical source opinions and consider whether Plaintiff is capable of performing any past relevant work with her assessed limitations. The ALJ will provide Plaintiff with the opportunity for another hearing and obtain evidence from a Vocational Expert to determine the effect, if any, of Plaintiff's limitations on her occupational base.

It is also respectfully **RECOMMENDED** that the Clerk of the Court be directed to enter a separate judgment, remanding the case under Sentence 4 of 42 U.S.C. § 405(g).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 12, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy