UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARA MEADOWS,

Plaintiff,

-vs-                                                                 Case No. 6:12-cv-761-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on the Defendant's Motion to Remand (Doc. No. 18) and Plaintiff's Unopposed Motion to Remand (Doc. No. 19). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motions are **GRANTED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g). Clerk of the Court is directed to enter a separate judgment and **CLOSE** the case pending resolution of the proceedings on remand.

It is **SO ORDERED** in Orlando, Florida, this __16__ day of January, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record