# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MARA MEADOWS,**

        **Plaintiff,**

**v.**                                    **Case No:  6:12-cv-761-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

---

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Unopposed Petition for Attorney's Fees (Doc. 23).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  The petition is **GRANTED** and Clerk of the Court shall enter judgment in the amount of $5,205.22 for attorney's fees.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of February, 2013.

                                              G. KENDALL SHARP
                     SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record